**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LAWRENCE T. HOBBIE AND PATRICIA T. HOBBIE, HUSBAND AND WIFE, | : | No. 82 MAL 2019 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CCO MORTGAGE AND CITIZENS BANK, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.